445 A.2d 242

Commonwealth v. Hastings, Appellant.

Petition for Allowance of Appeal Granted Sept. 13, 1982.

Argued March 25, 1981. Michael Thomas Hudock, for appellant; Graham C. Showalter, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

---

445 A.2d 242

Commonwealth v. Haynes a/k/a Harris, Appellant.

Submitted November 17, 1981. John F. Raimondi, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.